**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
EAST COAST PLASTIC SURGERY, P.C. and
NORMAN MAURICE ROWE, M.D., M.H.A.,
P.C.,

                    Plaintiffs,

        -against-                                       25 **CIVIL** 6136 (ER)

                                                   **JUDGMENT**

AETNA HEALTH AND LIFE
INSURANCE COMPANY,

                    Defendant.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated November 13, 2025, Aetna's motion to dismiss

Plaintiffs' claims pursuant to Rule 12(b)(6) is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      November 17, 2025

                                              **TAMMI M. HELLWIG**
                                          ——————————————————
                                             **Clerk of Court**

                    **BY:**                  K. mango
                                             ——————————————————
                                             **Deputy Clerk**